CHAPTER 13 TRUSTEE INFORMATION SHEET

Debtors are required to complete and file this information sheet with the Chapter 13 Trustee at the time a Chapter 13 case is filed. The trustee will send a payroll directive, if appropriate, to the employer at the address listed on this sheet. Failure to list the proper payroll address may result in payment delinquency and a motion to dismiss by the trustee. If the plan provides for preconfirmation adequate protection payments or payments on a current obligation such as a mortgage, it is imperative for debtors to make the first plan payment to the trustee immediately rather than waiting for a payroll deduction to take effect, so that the trustee can disburse funds as soon as is practicable after the claim is filed. Payments must be made by cashier's check or money order with the case number listed, sent to the trustee's regular payment address.

Case # 23-41956

**DEBTOR 1**

NAME: Gemmerricia Denise Osby

HOME ADDRESS:
1315 Contra Costa Ave
Fircrest, WA 98466

MAILING ADDRESS:

E-MAIL: osby16@comcast.net

HOME PHONE: 253-279-5180

**DEBTOR 2**

NAME:
[ ] Address is the same as Debtor 1

HOME ADDRESS:

MAILING ADDRESS:

E-MAIL:

HOME PHONE:

**Employer addresses and phone numbers.**
Issue Wage Deduction on Debtor 1 or 2 (please check)

| | |
|---|---|
| DEBTOR 1 [ x ] | DEBTOR 2 [ ] |
| EMPLOYER NAME: State of Washington | EMPLOYER NAME: _____ |
| ADDRESS: Dept of General Administration P.O. Box 41012 Olympia, WA 98504-1012 | ADDRESS: _____ |
| PHONE: _____ | PHONE: _____ |
| FAX: _____ | FAX: _____ |
| PAID: WEEKLY [ ] BIWEEKLY [ ] | PAID: WEEKLY [ ] BIWEEKLY [ ] |
| MONTHLY [ ] SEMI-MONTHLY [ x ] | MONTHLY [ ] SEMI-MONTHLY [ ] |
| OTHER _____ | OTHER _____ |

DEBTOR 1 OTHER SOURCES OF INCOME:___

DEBTOR 2 OTHER SOURCES OF INCOME:___

**Tax returns:**

Before a plan can be confirmed, debtors must file with the appropriate tax authorities all applicable Federal, State and local tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition. Check the blanks below to indicate returns that have been filed; if a return has not been filed, do not check the blank. Write "NR" if you were not required to file. Write "EXT" if you have applied for an extension.

| | Federal | State | Local |
|---|---|---|---|
| Most recent year | 2022 | ____ | ____ |
| 2nd year past | 2021 | ____ | ____ |
| 3rd year past | 2020 | ____ | ____ |
| 4th year past | 2019 | ____ | ____ |

**If operating as a business, please attach additional sheet listing the status of each required business return for the past 4 tax years.**

**Domestic Support Obligations:**

The trustee must have this information to send required notice to all parties of domestic support obligation claims pursuant to 11 USC §1302(d)(1). If there are multiple claim holders, attach an additional sheet listing the name of the claim holder, and the claim holder's address and telephone number.

Debtor(s) have a domestic support obligation (please check below):

| DEBTOR 1 | | DEBTOR 2 | |
|---|---|---|---|
| YES _____ | NO  x _____ | YES _____ | NO _____ |

Name of claim holder: _____

Address: _____

Telephone: _____

-------------------------------------------------

-

Name of claim holder: _____

Address: _____

Telephone: _____

-------------------------------------------------

-

**Debtor(s) certify that the information listed above, including tax return status, is accurate.**

Debtor 1: /s/ Gemmerricia Denise Osby     Debtor 2: _____

Date: November 6, 2023     Date: _____

[Local Bankruptcy Form 13-2, amended]